UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

---------------------------------------------------------------x
                                                  :

In re                                     :                     Chapter 11

THE COLONIAL BANCGROUP, INC.,    :                     (Bankr. Case No.   09-32303 (DHW))

    Debtor.                           :

---------------------------------------------------------------x
                                                  :

THE COLONIAL BANCGROUP, INC.,    :

    Plaintiff,                       :

v.                                           :                     Case No.  2:10-cv-00411-MHT-WC
                                                  :                     (Adv. Proc. No. 09-03087)

FEDERAL DEPOSIT INSURANCE         :
CORPORATION, AS RECEIVER FOR   :
COLONIAL BANK,                          :

    Defendant.                   :
                                                :
---------------------------------------------------------------x

## JOINT STATUS REPORT

In accordance with the Court's order entered on October 5, 2010 [Doc. No. 18], The Colonial BancGroup, Inc., as plaintiff and debtor in its pending Chapter 11 bankruptcy case ("BancGroup"),[1] and defendant the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), submit this Joint Status Report on whether the stay in the above-captioned adversary proceeding should be continued or dissolved.  The parties submit that the Court's order staying the proceedings in this case should be continued and remain in effect given the FDIC-Receiver's pending appeal to this Court of matters material to this adversary proceeding.

---

[1] On June 2, 2011, the Bankruptcy Court confirmed BancGroup's plan of liquidation.  The Debtor's affairs and disposition of its assets are now overseen by a plan trustee under that plan.

- 2 -

In this adversary proceeding, BancGroup seeks to avoid as a fraudulent obligation, pursuant to Section 548(a) of title 11 of the United States Code, 11 U.S.C. § 548(a) (the "Bankruptcy Code"), an alleged commitment of BancGroup to maintain the capital of Colonial Bank, BancGroup's wholly-owned subsidiary [Bankr. Doc. No. 1; Doc. No. 2-2].  This alleged obligation was asserted by the FDIC-Receiver in a motion filed in BancGroup's Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Middle District of Alabama (the "Bankruptcy Court") seeking relief under Section 365(o) of the Bankruptcy Code (the "Section 365(o) Motion").

On May 26, 2010, the Bankruptcy Court held a hearing on the Section 365(o) Motion.  In light of the pending Section 365(o) Motion and in order to allow a ruling to be issued thereon prior to any further proceedings in this matter, the Court ordered that the proceedings in this adversary proceeding be stayed.[2]

On August 31, 2010, the Bankruptcy Court (i) entered an order granting the Debtor's motion for summary judgment with respect to the Section 365(o) Motion [Bankr. Doc. No. 864] and (ii) issued a memorandum opinion explaining the reasons therefor [Bankr. Doc. No. 863].[3]  On September 13, 2010, the FDIC-Receiver filed a notice of appeal with respect to the foregoing.  Given the Bankruptcy Court's decision, there is currently no need for this Court to consider the fraudulent conveyance complaint that commenced this adversary proceeding, which is relevant only if the Bankruptcy Court's ruling on the Section 365(o) Motion is overturned and an order is entered adjudicating that the Debtor made a capital maintenance commitment within the meaning of Section 365(o) of the Bankruptcy Code.  Accordingly, the parties jointly request that the Court's order staying the proceedings in this case be continued and remain in effect.

---

[2] On October 5, 2010, the Court ordered that the parties file joint status reports on the first Monday in February, 2011 and on the first Monday in July, 2011, and on the same dates each year thereafter, until further order of the Court.  The parties previously filed the February 2011 status report on February 7, 2011 [Doc. No. 19].

[3] The Bankruptcy Court subsequently amended the memorandum opinion on September 1, 2010 to correct certain inadvertent typographical errors.

- 3 -

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Rufus T. Dorsey, IV certifies that he has the express permission and agreement of counsel for the FDIC-Receiver to affix his respective electronic signature hereon.

Respectfully submitted,

Dated:  June 29, 2011

| /s/ Rufus T. Dorsey, IV | /s/ Michael A. Fritz, Sr. |
|---|---|
| C. Edward Dobbs | Michael A. Fritz, Sr. |
| ced@phrd.com | michael@fritzandhughes.com |
| Rufus T. Dorsey, IV | Fritz & Hughes LLC |
| rtd@phrd.com | 7020 Fain Park Drive Suite 1 |
| Parker, Hudson, Rainier & Dobbs LLP | Montgomery, AL 36117 |
| 1500 Marquis Two Tower | (334) 215-4422 |
| Atlanta, Georgia  30303 | |
| (404) 523-5300 | - and - |
| | |
| Attorneys for The Colonial BancGroup, Inc. | Thomas R. Califano |
| | John J. Clarke, Jr. |
| | Jeremy R. Johnson |
| | DLA Piper LLP (US) |
| | 1251 Avenue of the Americas |
| | New York, New York  10020-1104 |
| | Telephone:      212-335-4500 |
| | Facsimile:       212-335-4501 |
| | |
| | Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank |

**CERTIFICATE OF SERVICE**

The undersigned also certifies that a true and correct copy of the foregoing document was electronically served on June 29, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, as listed below:

      Benjamin I. Finestone (benjaminfinestone@quinnemanuel.com)

      C. Edward Dobbs (ced@phrd.com)

      David L. Elsberg (davidelsberg@quinnemanuel.com)

      Dorman Walker (dwalker@balch.com)

      Jeremy R. Johnson (jeremy.johnson@dlapiper.com)

      John J. Clarke, Jr. (john.clarke@dlapiper.com)

      Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

      Thomas R. Califano (thomas.califano@dlapiper.com)

Dated: June 29, 2011

   /s/ Rufus T. Dorsey, IV

Attorney for The Colonial BancGroup, Inc.